# United States Bankruptcy Court
## Southern District of Indiana

In re  **Robert Hayes Hoffman**  
Debtor(s)

Case No. **18-00774-RLM**  
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **February 28, 2018**

**/s/ Robert Hayes Hoffman**  
**Robert Hayes Hoffman**  
Signature of Debtor

.

ADAM G. WENTLAND, ESQ.
THEODORA ORINGHER PC
535 ANTON BOULEVARD, NINTH FLOOR
COSTA MESA, CA 92626-7109


BANK OF AMERICA
NC4-105-03-14
PO BOX 26012
GREENSBORO, NC 27410


BANK OF AMERICA
PO BOX 982234
EL PASO, TX 79998-2234


BMO HARRIS
ATTN: BANKRUPTCY DEPT.
770 N. WATER STREET
MILWAUKEE, WI 53202


BMO HARRIS BANK N.A.
PO BOX 367
ARLINGTON HEIGHTS, IL 60006


BMW BANK OF NORTH AMERICA
2735 EAST PARLEYS WAYS
SALT LAKE CITY, UT 84109


BMW CARD SERVICES
PO BOX 9210
OLD BETHPAGE, NY 11804

```
BMW FINANCIAL SERVICES
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 3608
DUBLIN, OH 43016




CANDICE DIELMAN
C/O ROBERT M. TRAYLOR, ESQ.
750 B STREET, SUIT 2100
SAN DIEGO, CA 92101-8177




CAPITAL ONE
CENTRALIZED BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130-0285




CHASE CARD SERVICES
ATTN: CORRESPONDENCE DEPT
PO BOX 15298
WILMINGTON, DE 19850




CITIMORTGAGE
PO BOX 6243
SIOUX FALLS, SD 57117-6243




CITIZENS ONE
PO BOX 42124
PROVIDENCE, RI 02940-2124




CREDIT COLLECTIONS SERVICES
ATTENTION: BANKRUPTCY
725 CANTON STREET
NORWOOD, MA 02062
```

DANIEL E. BRUNETTE
500 E. OHIO STREET, SUITE 200
INDIANAPOLIS, IN 46204

DAVID M. HENN, ESQ.
HENN HAWORTH CUMMINGS + PAGE
1634 SMITH VALLEY ROAD, SUITE B
GREENWOOD, IN 46142

DAVID THOMAS PAGE, ESQ.
HENN HAWORTH CUMMINGS + PAGE
1634 SMITH VALLEY ROAD, SUITE B
GREENWOOD, IN 46142

DENSEL RAY BALL

DISCOVER FINANCIAL
PO BOX 6103
CAROL STREAM, IL 60197-6103

FEDLOAN SERVICING
ATTENTION: BANKRUPTCY
PO BOX 69184
HARRISBURG, PA 17106

FIRST MERCHANTS BANK, N.A.
200 EAST JACKSON STREET
MUNCIE, IN 47305

```
INDIANA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION, N-240
100 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204




INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346




JACQUELYN HOFFMANN
2899 OSTERLY COURT
GREENWOOD, IN 46143




JOHNSON COUNTY SHERIFF
1091 HOSPITAL ROAD
PO BOX 609
FRANKLIN, IN 46131




JUSTIN LANKFORD
PO BOX 886
GREENWOOD, IN 46142-0886




KENSINGTON GROVE HOMEOWNERS ASSOC., INC.
C/O KEVIN MCGINNIS, PRESIDENT
4300 N. 725 W.
BARGERSVILLE, IN 46106




KRIS AND SANDY DIELMAN
C/O ROBERT M. TRAYLOR, ESQ.
750 B STREET, SUIT 2100
SAN DIEGO, CA 92101-8177
```

LEW DERRICKSON
5799 SUNSET LANE
INDIANAPOLIS, IN 46228



LOANME INC.
1900 S. STATE COLLEGE BLVD., SUITE 300
ANAHEIM, CA 92806



LOUIS VASQUEZ
C/O ROBERT M. TRAYLOR, ESQ.
5060 NORTH HARBOR DRIVE, SUITE 275
SAN DIEGO, CA 92106



PETER BROSCOE
REAL ESTATE MORTGAGE NETWORK
1642 W. SMITH VALLEY ROAD, SUITE A
GREENWOOD, IN 46142



PROGRESSIVE INSURANCE
6300 WILSON MILLS RD.
CLEVELAND, OH 44143



REBECCA KAY HOFFMAN
1030 PEPPERMILL RUN
GREENWOOD, IN 46143



REBECCA KAY HOFFMANN
1030 PEPPERMILL RUN
GREENWOOD, IN 46143

```
SKYHOUSE CHANNELSIDE APARTMENTS
112 N. 12TH STREET
TAMPA, FL 33602




THURSTON, SPRINGER, MILLER,
HERD & TITAK, INC.
9000 KEYSTONE CROSSING, SUITE 740
INDIANAPOLIS, IN 46240




U.S. DEPARTMENT OF EDUCATION
400 MARYLAND AVENUE, SW
WASHINGTON, DC 20202




WOODBURY FINANCIAL SERVICES INC.
C/O CORPORATION SERVICE COMPANY
135 NORTH PENNSYLVANIA ST., STE. 1610
INDIANAPOLIS, IN 46204




WOODBURY FINANCIAL SERVICES, INC.
C/O CORPORATION SERVICE COMPANY
135 N. PENNSYLVANIA ST., SUITE 1610
INDIANAPOLIS, IN 46204
```